UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOUANN VICTORIA BAUMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C15-0066-TSZ<br><br>ORDER AFFIRMING COMMISSIONER |

The Court having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, docket no. 18, and no objection thereto having been timely filed, it is therefore ORDERED:

(1)   The Court ADOPTS the Report and Recommendation;

(2)   The Court AFFIRMS the decision of the Commissioner; and

(3)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 4th day of August, 2015.

*[signature]*

Thomas S. Zilly
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE - 1